JS6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WARRINGTON, an individual, | CASE NO: 2:21-cv-06583-RGK-GJS |
| Plaintiff, | Judge: Hon. R. Gary Klausner |
| vs. | [PROPOSED] JUDGMENT |
| BRUCE TAYLOR, an individual; and DOES 1-10, inclusive, | |
| Defendants. | NOTE: CHANGES MADE BY THE COURT |

---

[PROPOSED] JUDGMENT

Plaintiff DAVID WARRINGTON, an individual ("Plaintiff"), brought the present action for Copyright Infringement and Unlawful Business Practices against defendant BRUCE TAYLOR, an individual ("Defendant"), seeking an award of damages, attorneys' fees, and pre- and post-judgment interest on all such amounts at the maximum legal rate.

The Court took Plaintiff's Motion for Default Judgment (the "Motion") under submission on or about February 23, 2022, and, after considering the Motion and all supporting evidence and other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff and against Defendant, with prejudice, on the grounds that Defendant willfully infringed each of Plaintiff's relevant Copyright registrations.

2. Plaintiff is awarded the maximum statutory damages in the amount $600,000, as well as reasonable attorneys' fees in the amount of $7,455, and costs in the amount of $590 (collectively, the "Award").

3. Interest shall accrue on the Award as provided by law, beginning on the date Judgment is entered.

**IT IS SO ORDERED.**

Dated: March 25, 2022

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
U.S. DISTRICT JUDGE

---

1

[PROPOSED] JUDGMENT